**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff,

v.

KECIA DAVIS, et al,

Defendants.

Case No. 1:26-cv-006

Judge Matthew W. McFarland
Magistrate Judge Stephanie K. Bowman

**REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's Motion to Dismiss Metropolitan Life Insurance Company Only. (Doc. 15). It is **RECOMMENDED** that the unopposed Motion (Doc. 15) be **GRANTED** for the reasons set forth in the Motion. **IT IS FURTHER RECOMMENDED** that this cause of action shall continue as to the Defendants so they can litigate their claims among themselves, and once resolved, the Plan Benefits that have been deposited with the Clerk of this Court will be disbursed to one or more Defendants as directed by the Court

**IT IS SO RECOMMENDED.**

*s/Stephanie K. Bowman*
Stephanie K. Bowman
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff,

v.

KECIA DAVIS, et al,

Defendants.

Case No. 1:26-cv-006

Judge Matthew W. McFarland
Magistrate Judge Stephanie K. Bowman

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).