**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | : | Case No. 1:26-cv-6 |
| | : | Judge Matthew W. McFarland |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KECIA DAVIS, et al., | : | |
| | : | |
| Defendants. | | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 19)**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 19), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly,

1. Plaintiff Metropolitan Life Insurance Company's Motion to Dismiss (Doc. 15) is **GRANTED**;
2. Plaintiff Metropolitan Life Insurance Company is hereby **DISMISSED WITH PREJUDICE**;
3. Plaintiff Metropolitan Life Insurance Company, the Plan, the Policy, and the Employer are **DISCHARGED** from any further liability relating to any claim for the Plan Benefits;

4. This action shall continue as to Defendants so they may continue to litigate their claims among themselves. Once resolved, the Plan Benefits that have been deposited with the Clerk of this Court will be disbursed to one or more Defendants as directed by the Court.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: Matthew W. McFarland
JUDGE MATTHEW W. McFARLAND